## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                 **CRIMINAL**

**VERSUS**                                               **NO.  23-00052-JWD-EWD**

**ROBERT PENNYWELL**                       **JUDGE JOHN W. DEGRAVELLES**
**MOHAMMAD SHARIFI**
**NICHOLAS CRITNEY**
**JHON BROOKS**
**JASON JACKSON**


**CONSIDERING THE ABOVE AND FOREGOING:**

**IT IS HEREBY ORDERED THAT** a 60-day extension of the current substantive motion deadline of April 4, 2025, is granted and the substantive motion deadline is now **June 3, 2025**.

**IT IS FURTHER ORDERED THAT** that the status conference to select a trial date scheduled for April 23, 2025 is continued and reset for **June 5, 2025 at 2:00 p.m. by zoom**.

Baton Rouge, Louisiana this 20th day of March, 2025.

_____
        **JUDGE JOHN W. DEGRAVELLES**